JS-6

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| James W. Carlton,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Asset Capital Recovery Group, LLC, A Limited Liability Company,<br><br>　　　　　　Defendant. | Case No.: 8:17-cv-00260-AG-JCG<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**HON. ANDREW J. GUILFORD** |

　　　Based upon the Notice of Voluntary Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice. This court retains jurisdiction for purposes of settlement.

　　　IT IS SO ORDERED.

Dated: March 08, 2017

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. ANDREW J. GUILFORD
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE